AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>NGO, Duc Hoa, NGUYEN, Gia Nhu, NGUYEN, Trung Hiep, PHAM, Thi Bao Ngoc, PHAM, Thi Hoai, and TRAN, Duc Anh<br><br>**Defendant(s).** | Case No. 8:26-PO-129 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 6, 2026 in the county of Franklin County in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry into the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

U.S. Border Patrol Agent Clinton L Joseph
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 10, 2026

*Judge's signature*

City and State: Binghamton, New York

United States Magistrate Judge, Miroslav Lovric
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Clinton L. JOSEPH, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 18 years and have been assigned to the Swanton Sector since 2018. I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3. On November 6,2026 at approximately 1620 hours, U.S. Border Patrol Agents assigned to the Massena Station were contacted by Saint Regis Mohawk Tribal Police about six individuals at residence off of Cook Rd in Hogansburg, New York. Agents arrived at the residence as Tribal Police were removing the six individuals out of the house. At this time Agents conducted an immigration inspection on all six. The six subjects identified as NGO, Duc Hoa, NGUYEN, Gia Nhu, NGUYEN, Trung Hiep, PHAM, Thi Bao Ngoc, PHAM, Thi Hoai, and TRAN, Duc Anh, stated that they are citizens and nationals of Vietnam and did not have a valid passport to enter,

stay or remain in the United States. At that time all six subjects were taken into custody and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

4. The following defendants waived their *Miranda* rights and admitted that they unlawfully entered the United States from Canada on November 6, 2026, by crossing the St. Lawrance river in Hogansburg, NY: NGO, Duc Hoa, NGUYEN, Gia Nhu, NGUYEN, Trung Hiep, PHAM, Thi Bao Ngoc, PHAM, Thi Hoai, and TRAN, Duc Anh .

**Conclusion**

5. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the [defendants/defendant] with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Clinton L Joseph
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 10, 2026

Hon. Miroslav Lovric
United States Magistrate Judge